No. 417, Misc. WHELAN v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Vine H. Smith* for petitioner. *Solicitor General Perlman, Assistant Attorney General*

Campbell, *Robert S. Erdahl* and *Philip R. Monahan* for the United States.

